In the Matter of the Transfer Tax upon the Estate of NORMAN I. REES, Deceased.

GEORGE H. RAYMOND et al., Appellants; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

*Matter of Rees,* 153 App. Div. 900, affirmed.

(Argued April 14, 1913; decided April 29, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

November 29, 1912, which affirmed an order of the New York County Surrogate's Court assessing a transfer tax upon the estate of Norman I. Rees, deceased.

*Louis H. Porter* for appellants.

*Moses R. Ryttenberg* and *Thomas E. Rush* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN and CUDDEBACK, JJ. Not sitting: MILLER, J.